[Cite as *Wilmington Savs. Fund Soc. v. Postelwaite*, 2020-Ohio-5405.]

COURT OF APPEALS
LICKING COUNTY, OHIO
FIFTH APPELLATE DISTRICT

| | | |
|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, | : | JUDGES: |
| | : | Hon. Patricia A. Delaney, P.J. |
| Plaintiff - Appellee | : | Hon. Craig R. Baldwin, J. |
| | : | Hon. Earle E. Wise, J. |
| -vs- | : | |
| | : | |
| PATRICK P. POSTELWAITE, | : | Case No. 2019 CA 00120 |
| | : | |
| Defendant - Appellant | : | O P I N I O N |

CHARACTER OF PROCEEDING:        Appeal from the Licking County
                                Court of Common Pleas, Case No.
                                2018 CV 00770

JUDGMENT:                       Dismissed

DATE OF JUDGMENT:               November 23, 2020

APPEARANCES:

For Plaintiff-Appellee                      For Defendant-Appellant

STACY M. PIEPMEIER                          PATRICK P. POSTELWAITE, Pro se
CHRISTOPHER G. PHILLIPS                      85 West Church Street, Apt. 716
Shapiro, Van Ess, Phillips & Barragate, LLP  Newark, Ohio 43055
4805 Montgomery Road, Suite 320
Norwood, OH 45212

*Baldwin, J.*

**{¶1}** Defendant-appellant Patrick Postelwaite appeals from an order granting summary judgment in favor of plaintiff-appellee.

### STATEMENT OF THE FACTS AND CASE

**{¶2}** On May 4, 2007, appellant executed a promissory note in favor of appellee's predecessor in the principal sum of $31,411.78 plus interest. Appellee Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust was the owner and holder of a mortgage note and deed. Appellant was the owner of the real estate.

**{¶3}** On July 23, 2018, a complaint for money judgment, foreclosure and relief was filed against appellant. Appellant filed an answer on August 13, 2018. Appellee, on December 3, 2018, filed a Motion for Summary Judgment.

**{¶4}** As memorialized in a Final Judgment Entry filed on August 15, 2019, the trial court granted judgment in favor of appellee and against appellant in the amount of $14,334.70 plus interest. Appellant, on August 20, 2019, filed a" Final Judgment Entry Motion to Dismissed(sic)". A Notice of Sale was filed on October 7, 2019. A Judgment Entry Confirming the Sale and Ordering Distribution was filed on February 21, 2020.

**{¶5}** Appellant has now filed an appeal. We must first consider whether appellant's appeal is timely.

**{¶6}** App.R. 4 states, in relevant part, as follows: " *Appeal From Order That Is Final Upon Its Entry.* Subject to the provisions of App.R. 4(A)(3), a party who wishes to appeal from an order that is final upon its entry shall file the notice of appeal required by App.R. 3 within 30 days of that entry."

**{¶7}** In the case sub judice, appellant filed his Notice of Appeal, which was in letter form, on December 11, 2019.  In his docketing statement, he indicated that he was appealing from the trial court's December 11, 2019 Judgment. However, there is no December 11, 2019 judgment.  The trial court's Final Judgment Entry was issued on August 15, 2019. Because appellant's appeal was filed more than 30 days of the issuance of such Entry, we find that appellant's appeal is untimely.

**{¶8}** Accordingly, appellant's appeal is dismissed as untimely.

By: Baldwin, J.

Delaney, P.J. and

Wise, Earle, J. concur.